United States District Court
Southern District of Texas
**ENTERED**
March 28, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| GAETAN PELLETIER, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 6:17-CV-006 |
| § | CIVIL ACTION NO. 6:17-CV-062 |
| § | |
| VICTORIA AIR CONDITIONING, LTD., § | |
| *et al*, § | |
| § | |
| Defendants. | |

## FINAL JUDGMENT

It is the final judgment of this Court that Defendants' motions to dismiss are granted and that Plaintiff take nothing by his suit. Costs are awarded to Defendants. All relief not expressly granted herein is denied.

ORDERED this ___ day of March, 2018.

_____
HAYDEN W. HEAD, JR.
SENIOR UNITED STATES DISTRICT JUDGE

1